# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:17-CR-77 |
| | : (JUDGE MARIANI) |
| ANDREW JOSEPH DANKO, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS _30th_ DAY OF APRIL, 2024, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Andrew Joseph Danko's Motion for Early Termination of Supervised Release (Doc. 338) is **DENIED**.

_____
Robert D. Mariani
United States District Judge